**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00596-CV

**ARCH INSURANCE COMPANY, Appellant**

**V.**

**UNITED STATES YOUTH SOCCER ASSOCIATION, INC., Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03007-2010**

## ORDER

Jennafer G. Groswith and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP's unopposed motion to withdraw as counsel is **GRANTED**. We **DIRECT** the Clerk of Court to remove Jennafer G. Groswith and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP as counsel of record for appellant. We **DIRECT** the Clerk of Court to send a copy of this order and all future correspondence to appellant's attorney Bryan D. Pollard at FisherBroyles, LLP, 100 Highland Park Village, Suite 200, Dallas, Texas 75205.

/s/　　DAVID L. BRIDGES
　　　　JUSTICE